UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL REAVES,

    Plaintiff,

vs.

UNITED PARCEL SERVICE, INC. AND DOES I-X,

    Defendants.

CASE NO. 3:18-cv-00213-HDM-WGC

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**

    The Court, having considered Stacy L. Fode's ("Ms. Fode") Motion to Withdraw as Counsel of Record ("Motion") for United Parcel Service, Inc. (hereinafter "Defendant"), together with all pleadings and papers on file, all applicable law, and the oral arguments of counsel, if any, it appears to this Court's satisfaction that good cause appearing:

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Ms. Fode's Motion is GRANTED.

    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Ms. Fode is no longer the attorney of record for Defendant.

    **SO ORDERED** on this 12th day of June 2018.

_____
UNITED STATES MAGISTRATE JUDGE