Mark Mausert
NV Bar No. 2398
Cody Oldham
NV Bar No. 14594
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax (775) 786-9658
mark@markmausertlaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL REAVES,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC. and DOES I-X,<br><br>        Defendants. | Case No. 3:18-cv-00213-HDM-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO PRODUCE SUPPLEMENTAL DISCOVERY RESPONSES**<br>**(Second Request)** |

COMES NOW, Plaintiff MICHAEL REAVES, and Defendant UNITED PARCEL SERVICE, by and through their undersigned counsel of record, hereby stipulate and respectfully request an Order granting the Stipulation to extend the deadline for Plaintiff to provide supplemental discovery responses, per the Court's minute Order (ECF No. 53), from **March 14, 2019** to **March 28, 2019**.

//

//

STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO PROVIDE SUPPLEMENTAL DISCOVERY RESPONSES

The parties request this extension due to ongoing settlement discussions and the workload of Plaintiff's counsel. This represents the parties' second request to extend this deadline.

Dated: March 13, 2019.

LAW OFFICE OF MARK MAUSERT

/s/ Mark Mausert
MARK MAUSERT
CODY OLDHAM

Attorneys for Plaintiff

Dated: March 13, 2019.

HARTWELL, THALACKER, LTD.

/s/ Doreen Hartwell
DOREEN SPEARS HARTWELL

Attorneys for Defendant

Dated: March 13, 2019.

BROWN LAW GROUP

/s/ Janice Brown
JANICE P. BROWN, ESQ.

Attorneys for Defendant

IT IS SO ORDERED.

DATED this 14th day of March, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO PROVIDE SUPPLEMENTAL DISCOVERY RESPONSES