# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Michael Reaves, | Case No. 3:18-cv-213-HDM-CWH |
| Plaintiff | |
| v. | **Order** |
| United Parcel Service, Inc., and Does 1–X, | |
| Defendants | |

Defendant United Parcel Service (UPS) moved for a 30-day extension of the deadlines to file motions for summary judgment and a pretrial order. ECF 59. The Court grants the motion only as to the deadline to file motions for summary judgment. The remaining part of the motion that pertains to extending the deadline to file a pretrial order is referred to the magistrate judge.

IT IS SO ORDERED.

Dated: March 28, 2019

Howard D. McKibben
Senior U.S. District Judge