MARK MAUSERT
Nevada State Bar No. 2398
CODY OLDHAM
Nevada State Bar No. 14594
729 Evans Avenue
Reno, Nevada 89512
(775) 786-5477 Telephone
(775) 786-9658 Facsimile
mark@markmausertlaw.com

*Attorneys for Plaintiff*

DOREEN SPEARS HARTWELL, ESQ.
Nevada State Bar No. 7525
doreen@hartwellthalacker.com
HARTWELL THALACKER, LTD
11920 Southern Highlands Pkwy #201
Las Vegas, NV 89141
Telephone: 702-850-1076

JANICE P. BROWN, ESQ. (CA SBN 114433)
Appearing *pro hac vice*
brown@brownlawgroup.com
BROWN LAW GROUP
600 B Street, Suite 1650
San Diego, CA 92101
Telephone: (619) 330-1700

*Attorneys for Defendant*
UNITED PARCEL SERVICE, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL REAVES, | **Case No.: 3:18-cv-00213-HDM-WGC** |
| Plaintiff,<br>vs. | **JOINT STATUS REPORT RE SETTLEMENT** |
| UNITED PARCEL SERVICE, INC. AND DOES I-X, | |
| Defendants. | |

COMES NOW Plaintiff, MICHAEL REAVES, and Defendant, UNITED PARCEL SERVICE, INC., by and through their undersigned counsel of record, and pursuant to the Court's May 24, 2019 minute order (Doc. 71), and hereby files their joint status report:

1. The parties entered into a confidential settlement agreement (the "Agreement"). The Agreement became effective on June 4, 2019, as that is the last date all parties signed the agreement.
2. Per the Agreement, payments are to be made 30 days after the effective date, which would be on or about July 4, 2019.
3. The Parties expect to file the stipulation to dismiss with prejudice by mid-July 2019.
4. Based on the foregoing, the Parties respectfully request an extension, through July 15, 2019, to file the stipulation to dismiss this action with prejudice, or to provide a further joint status report.

Respectfully submitted,

| | |
|---|---|
| DATED this 24th day of June, 2019. | DATED this 24th day of June, 2019. |
| MARK MAUSERT LAW OFFICE | BROWN LAW GROUP |
| By: /s/Mark Mausert | By: /s/Janice Brown |
| MARK MAUSERT<br>CODY OLDHAM<br>729 Evans Avenue<br>Reno, NV 89512 | JANICE P. BROWN<br>600 B. Street, Suite 1650<br>San Diego, CA 92101 |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

DATED this 24th day of June, 2019.

HARTWELL & THALACKER, LTD.

By: /s/Doreen Spears Hartwell
DOREEN SPEARS HARTWELL
11920 Southern Highlands Parkway, Suite 201
Las Vegas, NV 89141

*Attorney for Defendant*

IT IS SO ORDERED.

DATED: Jun 25, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE