MARK MAUSERT
Nevada State Bar No. 2398
729 Evans Avenue
Reno, Nevada 89512
(775) 786-5477 Telephone
(775) 786-9658 Facsimile
mark@markmausertlaw.com

*Attorney for Plaintiff*

DOREEN SPEARS HARTWELL, ESQ.
Nevada State Bar No. 7525
doreen@hartwellthalacker.com
HARTWELL THALACKER, LTD
11920 Southern Highlands Pkwy #201
Las Vegas, NV 89141
Telephone: 702-850-1076

JANICE P. BROWN, ESQ. (CA SBN 114433)
Appearing *pro hac vice*
brown@brownlawgroup.com
BROWN LAW GROUP
600 B Street, Suite 1650
San Diego, CA 92101
Telephone: (619) 330-1700

*Attorneys for Defendant*
UNITED PARCEL SERVICE, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL REAVES,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>UNITED PARCEL SERVICE, INC. AND DOES I-X,<br><br>　　　　　　　Defendants. | **Case No.: 3:18-cv-00213-HDM-WGC**<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

1

**IT IS HEREBY STIPULATED** by and between Plaintiff, MICHAEL REAVES, and Defendant, UNITED PARCEL SERVICE, INC., through their designated undersigned counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii). Each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: July 12, 2019      **HARTWELL THALACKER LTD**.

/s/ Doreen M. Spears-Hartwell
Doreen M. Spears-Hartwell, Esq.
Nevada Bar No. 7525

DATED: July 12, 2019      **BROWN LAW GROUP**

/s/ Janice P. Brown
Janice P. Brown Esq.
(CA SBN 11443)
Appearing *pro hac vice*

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

DATED: July 12, 2019      **MARK MAUSERT LAW OFFICE**

/s/ Mark Mausert
Mark Mausert, Esq.
Nevada Bar No.2398

Attorney for Plaintiff
MICHAEL REAVES

**IT IS SO ORDERED**:

DATED: this  12  day of  July , 2019.

_____
UNITED STATES DISTRICT JUDGE

2

# **CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury, that I am an employee of the Law Office of Mark Mausert; I am over the age of eighteen (18) years; I am not a party to, nor hold an interest in this action; and on the date set below, I sent via United States Postal Service mail and electronic service, **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**, to the addressee listed below:

| | |
|---|---|
| Janice P. Brown | Doreen Spears Hartwell |
| Cody Cocanig | Hartwell, Thalacker, Ltd. |
| Brown Law Group | 11920 South Highlands Parkway, |
| 600 B Street, Suite 1650 | Suite 201 |
| San Diego, CA 92101 | Las Vegas, NV 89141 |
| Email: brown@brownlawgroup.com | Email: doreen@hartwellthalacher.com |

☒ **EMAIL / ECF** by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them via email as indicated above.

☐ **MAIL** by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California addressed as indicated above. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

Executed on July 12, 2019

                                                  /s/ Brittaney Martin
                                              Brittaney Martin, Paralegal